ACCEPTED
01-15-00670-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 3:06:42 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00670-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 3:06:42 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

## The Estate of Donald H. Williams, Deceased

On Appeal from the Probate Court No. 3
Harris County, Texas

Tr. Ct. No. 427,929

**SUPPLEMENTAL CERTIFICATE OF SERVICE REGARDING
MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S BRIEF**

TO THE FIRST COURT OF APPEALS:

This is to certify that the undersigned has conferred with opposing counsel regarding the motion for extension of time to file appellant's brief. Opposing counsel has stated that he is not opposed to the motion.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548; 713.583.9523 (f)
Email: thootman2000@yahoo.com

ATTORNEY FOR APPELLANT, TRACY L. DAMPIER

1

# CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by electronic service:

Charlie Henke
HENKE LAW FIRM, LLP
3200 Southwest Frwy, 34th Fl.
Houston, TX 77027
chenke@henkelawfirm.com

Dated:  October 22, 2015.

/s/Timothy A. Hootman_____
Timothy A. Hootman